**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VICTOR P. HENDERSON,**

     **Plaintiff,**

**v.**                                  **Case No: 8:25-cv-02561-MSS-NHA**

**STARZ ENTERTAINMENT, LLC, et al.,**

     **Defendants.**

_____

## <u>ORDER</u>

**THIS CAUSE** comes before the Court for consideration of United States Magistrate Natalie Hirt Adams's Report and Recommendations dated May 19, 2026 (the "Report"), which recommended that the Second Amended Complaint, (Dkt. 16), be dismissed with prejudice for failure to state a claim, and Plaintiff's second motion to proceed *in forma pauperis*, (Dkt. 17), be denied. (Dkt. 20 at 12) Plaintiff has not filed an objection to the Report, and the deadline for doing so has passed. As explained below, the Report is due to be **ADOPTED**.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendations, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendations should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations, (Dkt. 20), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Second Amended Complaint, (Dkt. 16), is **DISMISSED WITH PREJUDICE.** This case is **DISMISSED WITH PREJUDICE.**

3. Plaintiff's second motion to proceed *in forma pauperis*, (Dkt. 17), is **DENIED**.

4.    The Clerk is **DIRECTED** to terminate any pending motions, enter a judgment in favor of Defendants and against Plaintiff, and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of June 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

3